■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENEE BENDER, Also Known as MARCY BENDER, Appellant.—

We have examined the defendant's contentions and find them to be without merit. Mollen, P. J., Brown, Niehoff and Kooper, JJ., concur.